**Thomas CARTER, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 58542.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 5, 1991.

Kathleen G. Green, Asst. Public Defender, St. Louis, for movant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Thomas Carter, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).